EUBANKS *v.* GRIFFIN INVESTMENT COMPANY.

ATKINSON, J. 1. To a final judgment rendered by the court passing upon questions both of law and fact, by consent without the intervention of a jury, an assignment of error in the bill of exceptions, immediately following a copy of the judgment, which states that the defendant "contends that said judgment is error," fails to specify any error and can not be considered. *Marshall* v. *English-American Loan &c. Co.*, 127 *Ga.* 376 (2) (56 S. E. 449); *Peavy* v. *Atkinson*, 108 *Ga.* 167 (33 S. E. 956); *Horkan* v. *Moultrie*, 145 *Ga.* 588 (89 S. E. 681).

---

Appeal and Error, 3 C. J. p. 1348, n. 55; p. 1385, n. 53.

2. There being no sufficient assignment of error, the writ of error is dismissed. *Writ of error dismissed. All the Justices concur.*

No. 5180. SEPTEMBER 18, 1926.

Equitable petition. Before Judge E. D. Thomas. Fulton superior court. October 19, 1925.

*Scott & Hornbuckle* and *C. G. Reynolds,* for plaintiff in error. *McElreath & Scott,* contra.